THE STATE OF OHIO, APPELLEE, *v.* BORDERS, APPELLANT.

[Cite as *State v. Borders,* 118 Ohio St.3d 199, 2008-Ohio-2197.]

(No. 2007–2326—Submitted May 6, 2008—Decided May 14, 2008.)

---

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is affirmed on the authority of *State v. Simpkins,* 117 Ohio St.3d 420, 2008-Ohio-1197, 884 N.E.2d 568.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

---

Ron O'Brien, Franklin County Prosecuting Attorney, and Richard A. Termuhlen, Assistant Prosecuting Attorney, for appellee.

Shaw & Miller and Mark J. Miller, for appellant.